868 A.2d 263

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Robert B. BOWYTZ, Respondent.

Misc. AG No. 76, Sept. Term, 2004.

Court of Appeals of Maryland.

Feb. 15, 2005.

## ORDER

The parties herein have jointly petitioned this Court to reprimand the Respondent, Robert B. Bowytz, pursuant to Maryland Rule 16–772(b). Upon review of said Joint Petition and for reasons set forth therein, it is this 15th day of February, 2005,

ORDERED, by the Court of Appeals that the Respondent, Robert B. Bowytz, be, and he is hereby, reprimanded for misconduct in violation of Maryland Rule of Professional Conduct 8.4(d).